[✓] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: ADENA CHERISE NUNN                              Case No. 17-27655-E

Debtor(s).                                              Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) 8652 Beckenham Dr.    (2) _____
Cordova, TN 38016

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay $ 893.00    ( ) weekly, ( ) every two weeks, (✓) semi-monthly, or ( ) monthly, by:

(✓) PAYROLL DEDUCTION from: Shelby County Division of Corrections    OR ( ) DIRECT PAY.
1045 Mullins Station
Memphis, TN 38135

**DEBTOR (2)** shall pay $ _____    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) PAYROLL DEDUCTION from: _____    OR ( ) DIRECT PAY.

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    (✓) YES  ( ) NO

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]    (✓) YES  ( ) NO

   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ( ) YES  (✓) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; OR (✓) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, OR ( ) Trustee to:    Monthly Plan Payment:

   _____ ; ongoing payment begins _____    $ _____
   Approximate arrearage: _____                      $ _____
   _____ ; ongoing payment begins _____    $ _____
   Approximate arrearage: _____                      $ _____

5. **PRIORITY CLAIMS:**

   _____    Amount: _____    $ _____
   _____    Amount: _____    $ _____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); OR (✓) Paid by Trustee to:

   Richard McClarty ; ongoing payment begins December, 2017    $ 851.58
   Approximate arrearage: 6,111.00  Interest 0 %                $ 102.00
   _____ ; ongoing payment begins _____       $ _____
   Approximate arrearage: _____ Interest _____ %              $ _____

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest:    Monthly Plan Payment:
   Jared's                                 $200.00                5.5 %                 $ 10.00
   City of Memphis, Treasurer              $1,275.06              12 %                  $ 30.00
   David Lenior, Trustee                   $2,588.34              12 %                  $ 60.00

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325(a)] | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| Capital One Auto Finance | $20,726.00 | 5.5 % | $ 404.00 |
| (2012 Nissan Maxima Sedan 4D S) | | % | $ |
| | | % | $ |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   Collateral: _____
   Collateral: _____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

   Fedloan Servicing    ( ) Not provided for    OR (✓) General unsecured creditor
   _____        ( ) Not provided for    OR ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $43,682.34 _____ .

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

   ( ) _____%, OR,

   (✓) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

   _____    ( ) Assumes  OR  ( ) Rejects.
   _____    ( ) Assumes  OR  ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately 60 _____ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**
   Absent the original contract as proof, all collateralized claims for the purpose of provisions 7 and 8 are presumed to have exceeded the time limits set in 11 U.S.C. 1325(a)(9) hanging paragraph and will be treated as value claims.

   ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Darrell L. Castle _____    DATE: 8/28/2017 _____ .
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:
    ADENA CHERISE NUNN
Debtor(s).

CASE NO. 17-27655-E
CHAPTER 13

## CERTIFICATE OF SERVICE

The undersigned party, attorney for a party, or agent there for hereby certifies that copies of the documents identified below were mailed or hand-delivered to the parties listed on or about 9/8/17.

**DOCUMENTS SERVED:**

A pleading or proposed order captioned **DEBTORS' AMENDED CHAPTER 13 PLAN** filed by Debtor(s) attorney and Notice of Hearing thereon.

                /s/ DARRELL L. CASTLE, DISC. NO. 6863
                HOLLIS W. CRAFT, DISC. NO. 14528
                Attorney for the Debtors.
                4515 Poplar Avenue Suite 510
                Memphis, Tennessee 38117
                (901) 327-2100
                (901)458-9443 (fax)
                court@darrellcastle.com

Mail to the entities listed:
All creditors per attached matrix